FILE No. 1484180

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Virgil RUIZ-Valenzuela | FILED<br>2008 MAY -9 AM 9:08<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY<br><br>Magistrate's Case No.<br>'08 MJ 1307 |

| WARRANT ISSUED ON THE BASIS OF:<br>☐ Failure to Appear  ☐ Order of Court<br>☐ Indictment           ☐ Information<br>☒ Complaint | WARRANT FOR ARREST |
|---|---|
| To:<br><br>Any U.S. Marshal or other<br>authorized officer | NAME AND ADDRESS OF PERSON TO BE ARRESTED:<br><br>Virgil RUIZ-Valenzuela<br>1051 Wensley<br>El Centro, CA 32242 |
| District of Arrest:<br>Southern District of California | City of Arrest:<br>El Centro, CA |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Transportation of Illegal Aliens, Title 8 USC 1324

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 APR 28 A 11:

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>8 | SECTION<br>1324 |
|---|---|---|
| BAIL<br>TO BE SET IN COURT | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>**NITA L. STORMES**<br>**U.S. MAGISTRATE JUDGE** /s/ Nita L. Stormes | | DATE ORDERED:<br>4-28-08 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED<br><br>DATE EXECUTED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS II 'J'                                                                                0303

DATE 5/2/08
ARRESTED BY USBP in El Centro

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____